UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

Gregory Conte, Warren Balogh
_____
Plaintiff(s),

v.

Civil Action Number: 3:19cv575

Commonwealth of VA et al.
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of_____.
(Title of Document)

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of __civil Complaint__.
(Title of Document)

__Augustus Sol Invictus__
(Name of Attorney)

__424 E. Central Blvd. #154, Orlando, FL 32801__
(Address of Attorney)

__310 824-3725__
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

__Gregory Conte Warren Balogh__
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: __8-12-19__ (Date)