```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683044688
Cashier ID: lgarrett
Transaction Date: 08/12/2019
Payer Name: GREGORY CONTE
--------------------------------------
CIVIL FILING FEE
 For: GREGORY CONTE
 Amount:        $400.00
--------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
--------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIVIL FILING FEE
3:19CV575
```