Gregory Conte
PO Box 3874
Gaithersburg, MD 20885-3874
(301) 802-8358

September 5, 2019

US Federal Court Eastern District of Virginia: Clerk's Office
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad St
Richmond, VA 23219

RE: Zip Code Correction on Plaintiff's Address

Sir or Ma'am,

I filed a civil lawsuit in the Eastern VA Federal District Court (Richmond Division) August 12, 2019, case number 3:19-cv-00575-MHL, Conte et al v. Commonwealth of Virginia et al.

For plaintiff Gregory Conte's address, I mistakenly provided the wrong zip code. The correct code is 20885-3874, so the address should read:

Gregory Conte
PO Box 3874
Gaithersburg, MD 20885-3874

Please, correct this in all relevant documents.

Thank you for your help.

Sincerely,
Gregory Conte

*[signature]* 5·SEP·19

RECEIVED
SEP - 9 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA