**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**GREGORY CONTE**, *et al.*,

      **Plaintiffs**,

v.                                                                          **Case No. 3:19cv575**

**COMMONWEALTH OF VIRGINIA**, *et al.*,

      **Defendants**.

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Extend Time for Service.

(ECF No. 3.)  After due consideration, the Court GRANTS the Motion to Extend Time for

Service.  Service must be issued on or before February 12, 2020.

      It is SO ORDERED.

                                         /s/

                                M. Hannah Lauck
                                United States District Judge
                                M. Hannah Lauck
                                United States District Judge

Date:  November 12, 2019
Richmond, Virginia