AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia ▼

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH | ) |
| | ) |
| | ) |
| | ) |
| ------------------------------------------------- | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| COMMONWEALTH OF VIRGINIA, et al | ) |
| | ) |
| | ) |
| | ) |
| ------------------------------------------------- | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:19cv575

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Commonwealth of Virginia
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
ATTN; Mark Herring, Esquire

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O.Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date:      02/10/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia   ☒

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH <br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>COMMONWEALTH OF VIRGINIA, et al<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:19cv575<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Terence R. McAuliffe
7527 Old Dominion Drive
McLean, Virginia 22102-2500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____02/10/2020_____                    _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia   ▾

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>COMMONWEALTH OF VIRGINIA, et al<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:19cv575<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia State Police
c/o Office of the Attorney General
202 North Ninth Street, Richmond, Virginia 23219
ATTN: Mark R. Herring, Esquire


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/10/2020_____          COPY
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia 🔽

GREGORY CONTE and WARREN BALOGH )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 3:19cv575
COMMONWEALTH OF VIRGINIA, et al )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Warren Steven Flaherty
9063 Countyline Church Road
Ruther Glen, Virginia 22546-2045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: _____02/10/2020_____ _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia ☒

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH <br><br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> COMMONWEALTH OF VIRGINIA, et al <br><br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:19cv575<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Becky G. Crannis-Curl
90 Honeysuckle Court
Palmyra, Virginia 22963-2066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: _____02/10/2020_____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☒

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19cv575 |
| COMMONWEALTH OF VIRGINIA, et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Joseph Moran
12032 Old Buckingham Road
Midlothian, Virginia 23113-2730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date:      02/10/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▼

GREGORY CONTE and WARREN BALOGH )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 3:19cv575
COMMONWEALTH OF VIRGINIA, et al )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Charlottesville
605 East Main Street
Charlottesville, Virginia 22902
ATTN: John C. Blair, II City Attorney

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/10/2020 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

GREGORY CONTE and WARREN BALOGH )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 3:19cv575
COMMONWEALTH OF VIRGINIA, et al )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wes Bellamy
855 Catalpa Court
Charlottesville, Virginia 22903-7893

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/10/2020_____   _____COPY_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☑

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH ) ) ) ) *Plaintiff(s)* ) v. ) COMMONWEALTH OF VIRGINIA, et al ) ) ) ) *Defendant(s)* ) | Civil Action No. 3:19cv575 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charlottesville Police Department
ATTN: John C. Blair, II City Attorney
605 East Main Street
Charlottesville, Virginia 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: 02/10/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 3:19cv575 |
| COMMONWEALTH OF VIRGINIA, et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Al Thomas, Jr.
1582 Somerset Drive
Forest, Virginia 24551-1784

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____ 02/10/2020 _____      _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☑

GREGORY CONTE and WARREN BALOGH )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 3:19cv575
COMMONWEALTH OF VIRGINIA, et al )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seth Wispelwey
C/O Sojourners United Church of Christ
1017 Elliott Avenue
Charlottesville, Virginia 22902-6218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/10/2020_____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia  🔲

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>COMMONWEALTH OF VIRGINIA, et al<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:19cv575

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael M. Signer
907 Rosser Lane
Charlottesville, Virginia 22903-1644

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Conte, P.O. Box 3874, Gaithersburg, Maryland 20878; Warren Balogh, P.O. Box 6037, Pittsburgh, Pennsylvania 15211.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/10/2020

COPY

*Signature of Clerk or Deputy Clerk*